■ In the Matter of 21st CENTURY INSURANCE COMPANY, Respondent, v JAMES DAVIS, Respondent. PERMANENT GENERAL ASSURANCE CORP., Proposed Additional Respondent-Appellant, et al., Proposed Additional Respondents. [980 NYS2d 821]—In a proceeding pursuant to CPLR article 75 to permanently stay arbitration of a claim for uninsured motorist benefits, proposed additional respondent Permanent General Assurance Corp. appeals from a decision of the Supreme Court, Kings County (Archer, Ct. Atty. Ref.), dated February 22, 2012, made after a framed-issue hearing.

Ordered that the appeal is dismissed, with costs.

The paper from which the proposed additional respondent Permanent General Assurance Corp. appeals is merely a decision, as the paper did not grant or deny the petition or dispose of the proceeding. No appeal lies from a decision (*see Matter of AutoOne Ins. Co. v Fernandez*, 109 AD3d 469 [2013]; *Benabu v Rienzo*, 104 AD3d 714, 714 [2013]; *Wall St. Mtge. Bankers, Ltd. v Hinds*, 81 AD3d 818, 818 [2011]; *Hamilton v Khalife*, 2 AD3d 682, 682 [2003]; *Matter of Diamond v Gallagher*, 291 AD2d 404, 405 [2002]; *Schicchi v J.A. Green Constr. Corp.*, 100 AD2d 509, 509-510 [1984]) and, thus, the appeal must be dismissed. Mastro, J.P., Dickerson, Lott and Hinds-Radix, JJ., concur.